# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

PEERLESS INDEMNITY INSURANCE COMPANY,

      Petitioner

    v.

CINCINNATI INSURANCE COMPANY AND WYATT, INC.,

      Respondents

: No. 240 WAL 2015
:
:
: Petition for Allowance of Appeal from
: the Order of the Superior Court
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 22nd day of December, 2015, the Petition for Allowance of Appeal is **DENIED**.